1 Dean C. Waldt (029475)
waldtd@ballardspahr.com
2 Michael S. Myers (029978)
myersm@ballardspahr.com
3 BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
4 Phoenix, AZ 85004-2555
Telephone: 602.798.5400
5 Facsimile: 602.798.5595

6 *Counsel for HR Ventures, LLC, Karen Killoren, and Anne Klink*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 12 Proceedings |
| Coulter Cattle Co. LLC, | Case No. 2:16-bk-11895-PS |
| Debtor. | |
| KEVEN L. "CODY" McCLEVE, a married individual protected by the co-debtor stay in 11 U.S.C. § 1201; COULTER CATTLE CO. LLC, an Arizona limited liability company; | Adversary No. 2:17-ap-00224-PS  **NOTICE OF HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT** |
| Plaintiffs, | |
| v. | **Hearing Date: July 27, 2017** |
| KEN MOSS and SHANNON MOSS, husband and wife; MINERVA MOSS and JOHN DOE MOSS, husband and wife; VERDE GENERAL CONTRACTING LLC, an Arizona limited liability company; HECTOR CORRALES and JANE DOE CORRALES, husband and wife; THOMAS MORING and JANE DOE MORING, husband and wife; PEARLY MORRIS and JANE DOE MORRIS, husband and wife; JABURG & WILK P.C., an Arizona professional corporation; KAREN KILLOREN as trustee for the BONNSTETTER-KILLOREN TRUST, an Arizona trust; KAREN KILLOREN, individually; ANNE KLINK and JOHN DOE KLINK, husband and wife; HR VENTURES LLC, an Arizona limited liability company; JOHN DOES I-X; ABC LLCS; BLACK CORPORATIONS; | **Time: 11:00 a.m.** |
| Defendants. | |

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that a hearing will be held on **Thursday, July 27, 2017, at 11:00 a.m.** at the United States Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona, to consider and act upon the Motion to Dismiss Adversary Complaint (Dkt. No. 8) and any responses and objections thereto. |

DATED this 12th day of June, 2017.

BALLARD SPAHR LLP

By: */s/ Michael S. Myers*
Dean C. Waldt
Michael S. Myers
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

*Counsel for HR Ventures, LLC, Karen Killoren, and Anne Klink*

# **CERTIFICATE OF SERVICE**

I certify that on the 12th day of June, 2017, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

COPY of the foregoing sent via mail
and/or e-mail this same date to:

Chris D. Barski
Barski Law PLC
14500 N. Northsight Blvd., Suite 208
Scottsdale, AZ 85260
cbarski@bdbattorneys.com
*Attorneys for Plaintiffs*

OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., suite 204
Phoenix, Arizona 85003


By: */s/ Tasha Hart*

Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

Case 2:17-ap-00224-PS    Doc 9    Filed 06/12/17    Entered 06/12/17 15:16:33    Desc
Main Document    Page 3 of 3